**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     UNICO Retail, LLC and Ricardo Valentini v. Edry B & K -11, GP, a Texas general partnership, and Walter E. Salek, individually

Appellate case number:   01-21-00642-CV

Trial court case number:  2021-33085

Trial court:                   55th District Court of Harris County

      This case is set for submission with oral argument on September 14, 2022.

      In motions for extension of time to file a reply brief filed in May and June 2022, the appellants informed the Court that the parties have tentatively reached a settlement and needed additional time to finalize the agreement.

      On August 11, 2022, counsel for the appellants informed the Clerk that settlement is impending and a formal motion to dismiss the appeal would be filed with the Court at a later time.

      The Court requests an update from the parties. The parties are **ordered** to file an update as to the status of the case or a joint motion to withdraw this appeal from the September 14, 2022 submission docket no later than **Friday, August 26, 2022**.

      It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
                  ☑ Acting individually    ☐ Acting for the Court


Date: ___August 17, 2022_____